

# Fourth Court of Appeals
## San Antonio, Texas

July 1, 2016

No. 04-16-00025-CV

Beatrice **VASQUEZ** & Darryl De La Cruz,
Appellants

v.

**OLD AUSTIN ROAD LAND TRUST**, Joseph Anthony Pizzini Individually and as Trustee of
Old Austin Road Land Trust, & John Price,
Appellees

From the 438th Judicial District Court, Bexar County, Texas
Trial Court No. 2015-CI-20809
Honorable David A. Canales, Judge Presiding

## O R D E R

After this court granted Appellants' first motion for extension of time to file their brief, it was due on June 21, 2016. On June 29, 2016, Appellants filed an unopposed second motion for extension of time to file their brief until June 29, 2016, and Appellants filed their brief. Appellants' motion is GRANTED; Appellants' brief is deemed timely filed. See Tex. R. App. P. 38.6(d).

Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 1st day of July, 2016.

Keith E. Hottle
Clerk of Court